IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME
EXPIRES TO FILE MOTION FOR
REHEARING AND DISPOSITION
THEREOF IF FILED

TLARENCE MUNNERLYN,

       Petitioner,

v.

       Case No. 5D22-1751
       LT Case No. 2016-CF-003372-C

STATE OF FLORIDA,

       Respondent.
_____/

Opinion filed August 5, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Rachael E. Reese, of O'Brien Hatfield
Reese, PA, Tampa, for Petitioner.

No Appearance for Respondent

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

January 27, 2022 order denying motion for postconviction relief filed in

Case 2016-CF-003372-C, Marion County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EDWARDS and HARRIS, JJ., concur.